Samuel R. Maizel (CA Bar No. 189301)
smaizel@pszjlaw.com
Teddy M. Kapur (CA Bar No. 242486)
tkapur@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

Attorneys for S&B Surgery Center,
Debtor and Debtor in Possession




PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re

S&B SURGERY CENTER,

Debtor

Case No.: 2:09-bk-19825-SB

Chapter 11

**ORDER GRANTING MOTION FOR ORDER ESTABLISHING INTERIM FEE APPLICATION AND EXPENSE REIMBURSEMENT PROCEDURES**

[No Hearing Required Per Local Bankruptcy Rule 9013-1(o)(1)]

The Court has considered the *Motion for Order Establishing Interim Fee Application and Expense Reimbursement Procedures* (the "Motion") filed by S&B Surgery Center, the Debtor and Debtor in Possession in the above captioned chapter 11 bankruptcy case (the "Debtor"). Unless otherwise defined herein, capitalized terms have the meaning ascribed to them in the Motion.

Based upon the record before the Court and notice of the Motion being sufficient under the circumstances and no hearing on the Motion is required pursuant to the Local Bankruptcy Rules; and after due deliberation and good cause appearing therefore,

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. Commencing as of July 2009, and continuing each month thereafter, each Professional seeking the payment of interim compensation concerning the previous calendar month shall file with the Court and serve on the Office of the United States Trustee, the Debtor, counsel for the Debtor, the Committee and its counsel, and the secured lenders, if any (collectively, the "Notice Parties"), an application for interim compensation and reimbursement of expenses (the "Monthly Fee Application"). No Monthly Fee Application shall be filed and served later than twenty-five (25) days after the end of the month for which compensation is sought, except for the Monthly Fee Application to be filed in July, 2009 (the "Initial Monthly Fee Application), which shall cover fees and expenses incurred from April 27, 2008 through June, 30, 2009 (the "Initial Period").

2. Each Monthly Fee Application shall relate to services rendered and expenses incurred during the prior month, except for the Initial Monthly Fee Application that will cover the Initial Period. Each Monthly Fee Application shall seek payment of interim compensation in an amount equal to eighty percent (80%) of the fees sought and one hundred percent (100%) of the expenses incurred during the prior month, or the Initial Period, as the case may be; and shall indicate the amount requested, the total time expended, the names of the individuals who performed the services, and the hourly billing rate for each such individual. Each Monthly Fee Application shall be accompanied by a detailed listing of the time expended by the individuals who performed the services and the costs incurred during the pertinent month or Initial Period and shall be substantially in the form annexed to the Motion as **Exhibit "A**."

3. Each Professional electing to file a Monthly Fee Application shall: (1) serve a copy of said Monthly Fee Application on the Notice Parties and (2) serve a notice of said Monthly Fee Application, substantially in the form of notice annexed to the Motion as **Exhibit "B"** (the

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

"Notice")[1] on any party who has requested special notice as of the date of the Notice (the "Special Notice Parties").

4. Any objection to the payment of fees or reimbursement of expenses in a Monthly Fee Application must be filed with the Court and served on the Professional whose Monthly Fee Application is the subject of the objection, the Office of the United States Trustee, the Debtor, counsel for the Debtor and counsel to Committee within ten (10) calendar days of the date the Notice was mailed (the "Objection Period"). If no objection is timely filed and served within the Objection Period, the Monthly Fee Application shall be deemed approved on an interim basis, and the Debtor shall be authorized to make payment as requested therein within ten (10) calendar days following the expiration of the Objection Period, without the Court holding a hearing or entering any further order thereon. If an objection is timely filed and served, then the Debtor shall be authorized to make payment as requested in the Monthly Fee Application only of those amounts (or percentages) that are undisputed. Any disputed amounts shall be considered by the Court at the next hearing to be held pursuant to paragraph 5 below or at such other time as may be noticed by the Professional whose Monthly Fee Application is the subject of a timely filed written objection.

5. Notwithstanding the monthly fee request and payment thereof pursuant to Monthly Fee Applications, within thirty (30) days after the end of the each four-month period, commencing with the period that ends August 31, 2008, each Professional who has elected to file a Monthly Fee Application or is seeking interim compensation shall file with the Court and serve on the Notice Parties an interim fee application with a summary of the activities of the Professional (the "Interim Application"), in accordance with section 331 of the Bankruptcy Code, Bankruptcy Rules 2016 and 2002(a)(6) the United States Trustee's Guidelines and the Local Bankruptcy Rules. The Interim Applications may seek approval of up to one hundred percent (100%) (including the twenty percent (20%) held back from Monthly Fee Applications) of the requested interim compensation and reimbursement of expenses, including any compensation and reimbursement made pursuant to Monthly Fee Applications, during the prior four-month period. All subsequent quarterly fee

[1] The Debtor may elect to serve an Omnibus Notice of Monthly Fee Applications (an "Omnibus Notice") in lieu of each Professional sending an individual Notice. Should the Debtor do so, any Omnibus Notice will be in substantially the same form as is attached to the Motion as **Exhibit "B**."

applications and hearings shall be held in accordance with the Local Bankruptcy Rules and the Bankruptcy Rules.

6. The failure of any party to raise an objection to the Monthly Fee Application or Interim Application shall not be deemed a waiver of such objection for purposes of final applications for allowance of fees and reimbursement of expenses pursuant to section 330 of the Bankruptcy Code ("Final Applications").

7. Nothing in this Order or in the interim procedures set forth herein shall relieve any Professional from the obligation to file Final Applications.

8. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

#####

DATED: July 17, 2009

United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category **I**. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Pachulski Stang Ziehl & Young, LLC, 10100 Santa Monica Blvd., Suite 1100, Los Angeles, California 90067

The foregoing document described **ORDER GRANTING MOTION FOR ORDER ESTABLISHING INTERIM FEE APPLICATION AND EXPENSE REIMBURSEMENT PROCEDURES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 7, 2009,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **July 7, 2009**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**VIA OVERNIGHT MAIL**
Hon. Samuel L. Bufford
United States Bankruptcy Court
255 E. Temple St. – Courtroom 1582
Los Angeles, CA 90012-3300

**VIA U.S. MAIL**
Office of the United States Trustee
725 South Figueroa St.
Suite 2600
Los Angeles, CA 90017

**VIA U.S. MAIL**
Benjamin Siegel
Buchalter Nemer Fields & Younger
601 South Figueroa St., Suite 24th Floor
Los Angeles, CA 90017

**VIA U.S. MAIL**
Jeffrey Garfinkle
Buchalter Nemer Fields & Younger
18400 Von Karman Ave., Suite 800
Irvine, CA 92612-0514

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 7, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 7, 2009 | Jennifer L. Palmer | */s/ Jennifer L. Palmer* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION FOR ORDER ESTABLISHING INTERIM FEE APPLICATION AND EXPENSE REIMBURSEMENT PROCEDURES** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **July 7, 2009**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Mike C Buckley mbuckley@reedsmith.com
- Russell Clementson russell.clementson@usdoj.gov
- Jeffrey K Garfinkle bkgroup@buchalter.com, jgarfinkle@buchalter.com
- Marshall F Goldberg mgoldberg@glassgoldberg.com
- Dare Law dare.law@usdoj.gov
- Samuel R Maizel smaizel@pszjlaw.com, smaizel@pszjlaw.com
- Christopher O Rivas crivas@reedsmith.com
- Benjamin Seigel bseigel@buchalter.com, IFS_filing@buchalter.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page